**File Hashes for IP Address 174.51.250.8**

**ISP:** Comcast Cable
**Physical Location:** Arvada, CO

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 01/11/2013 20:03:10 | 9BC696CD67249F7771E8792BEDFEEBB1A316283F | Veronica Wet Orgasm |
| 01/11/2013 08:12:51 | EB84EA53E74BC79A04865A27BA62404141454390 | Warm Inside |
| 12/24/2012 10:37:14 | 38B29045632EB116F6BD4FFAA96ED0E62F9A9BE4 | Silvie Eufrat Strip Poker |
| 12/06/2012 22:23:57 | 22B830745E21A2C1F27F57118839A264AC674B7A | After Hours |
| 12/05/2012 15:33:41 | A679F2D2D24787C5B384F543ED7C7919638B3BFC | Vacation Fantasy |
| 12/01/2012 15:04:31 | 7543FC0B962821AC118B9A75D0E290558FF884BA | Leila Faye Awesome Threesome |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

CO94